**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JIMMIE HARRISON,

        Plaintiff,            CIVIL ACTION NO. 08-CV-12089-DT

  VS.                          DISTRICT JUDGE GEORGE CARAM STEEH

SHERRY L. BURT, et al.,      MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendants.

_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTIONS

This matter comes before the Court on Plaintiff's Motion for Extension (docket no. 8) and Motion for Discovery (docket no. 9). Both motions were filed on August 7, 2008, and no response has been filed to them. All pretrial matters have been referred to the undersigned for decision. (Docket no. 6). These motions are now ready for ruling.

This Court recommends, contemporaneously with this Order, that this action be dismissed because Plaintiff has failed to state a claim upon which relief may be granted. Given that recommendation, Plaintiff's motions regarding service of process on the Attorney General of Michigan (docket no. 8) and requesting discovery (docket no. 9) will be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension (docket no. 8) and Motion for Discovery (docket no. 9) are **DENIED.**

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: August 25, 2008                  s/ Mona K. Majzoub
                                             MONA K. MAJZOUB
                                             UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Jimmie Harrison and Counsel of Record on this date.

Dated: August 25, 2008                  s/ Lisa C. Bartlett
                                             Courtroom Deputy