# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JIMMIE HARRISON,

        Plaintiff,                 CIVIL ACTION NO. 08-12089

vs.

                                    DISTRICT JUDGE GEORGE CARAM STEEH

SHERRY L. BURT, et al,         MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO APPOINT COUNSEL

This matter is before the Court on Plaintiff's Motion for Reconsideration of this Court's earlier Order denying appointment of counsel, filed on September 17, 2008. (Docket no. 14). Plaintiff reiterates his need for counsel.

Plaintiff has failed to meet the requirements for granting a part for reconsideration under E.D.Mich.LR7.1(g). In addition, after considering the proper factors, the Court again concludes that the appointment of counsel for Plaintiff in this action at this time is not warranted. *See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration of this Court's earlier Order denying appointment of Counsel (docket no. 14) is **DENIED.**

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: September 22, 2008         s/ Mona K. Majzoub
                                  MONA K. MAJZOUB
                                  UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Jimmie Harrison and Counsel of Record.

Dated: September 22, 2008         s/ Lisa C. Bartlett
                                  Courtroom Deputy